We have reviewed the briefs of the parties and the record on appeal and no error of law appears. The trial court's judgment was supported by substantial evidence on the record. No precedential or jurisprudential purpose would be served by an opinion reciting the detailed facts and restating the general principles of law. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

## ORDER

PER CURIAM.

After pleading guilty to second degree assault pursuant to section 565.060 RSMo (2000) in 2004, Mr. Deniz Duvenci sought a declaratory judgment requiring the Missouri State Board of Probation and Parole (MBPP) to determine his parole eligibility under the guidelines in place at the time of his conviction. The MBPP filed a motion for judgment on the pleadings, and the trial court granted it. Mr. Duvenci appeals.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

**Deniz DUVENCI, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 66192.**

Missouri Court of Appeals,
Western District.

June 27, 2006.

James R. Wyrsch, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE, and PAUL M. SPINDEN, JJ.

**Jeremy R. ROUSH, Appellant,**

v.

**Jessica K. ROUSH, Respondent.**

**No. WD 66034.**

Missouri Court of Appeals,
Western District.

June 27, 2006.

